IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAYSIDE CHURCH, an Illinois Not-For-Profit (Ecclesiastical) Corporation, individually and on behalf of a class of all others similarly situated, MYRON W. STAHL, individually and on behalf of a class of all others similarly situated and HENDERSON HODGENS, individually and on behalf of a class of all others similarly situated, | Case No. 1:14:cv-01274-PLM  **Hon. Paul L. Maloney,** Chief Judge |
| Plaintiffs, | |
| v | |
| VAN BUREN COUNTY, in its individual Michigan municipal capacity and on behalf of a class of all other Michigan counties similarly situated and KAREN MAKAY, in her individual official capacity as Treasurer of Van Buren County and on behalf of a class of all other Treasurers of Michigan Counties similarly situated, | |
| Defendants. | |
| _____/ | |

| | |
|---|---|
| James Shek (P37444) | Thomas G. King (P34006) |
| Attorney for Plaintiffs | Kreis Enderle Hudgins & Borsos PC |
| Post Office Box A | Attorney for Defendants |
| Allegan, MI 49010 | P.O. Box 4010 |
| 269-673-3547 | Kalamazoo, MI 49003-4010 |
| jshekesq@btc-bci.com | 269-324-3000 |
| | tking@kreisenderle.com |
| Richard D. Reed (P19296) | |
| Owen D. Ramey (P25715) | |
| Ronald W. Ryan (P49590) | |
| Lewis Reed & Allen PC | |
| Attorneys for Plaintiffs | |
| 136 E Michigan Ave., Ste 800 | |
| Kalamazoo, MI 49007 | |
| 269-388-7600 | |
| rryan@lewisreedallen.com | |

**REPORT REGARDING RULE 26(f)(1) CONFERENCE**

NOW COME the parties by and through their respective counsel and report to the Court that counsel conferred via telephone on Monday, March 23, 2015 and agreed that they have held their initial Rule 26 conference, and that they will hold another conference upon resolution of some or all of the pending Dispositive and Non-dispositive Motions and direction from the Court per Rule 16 Order.

Dated:  March 23, 2015                                       Lewis Reed & Allen, P.C.


By:   _____/s/_____
Ronald W. Ryan (P46590)
Attorney for Plaintiffs


Dated:  March 23, 2015                                       Kreis Enderle Hudgins & Borsos PC


By:   _____/s/_____
Thomas G. King (P34006)
Attorney for Defendants