UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:14-cv-1274 | 11/05/2015 | 1:37 p.m. - 2:45 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Wayside Church et al. | Van Buren, County of et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Ronald W. Ryan; James Shek | Wayside Church; Myron W. Stahl; and Henderson Hodgens |
| Thomas G. King | Van Buren, County of; Karen MaKay |

**PROCEEDINGS**

**NATURE OF HEARING:** Motion Hearing regarding defendants' motion to dismiss ECF No. 7 and plaintiffs' motion for summary judgment ECF No. 15;  Opinion and Order to issue.

Court Reporter: Kathleen Thomas			Case Manager: Christina Cavazos