UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAYSIDE CHURCH, ET AL.,  )<br>       Plaintiffs,          )<br>                                    )<br>-v-                              )<br>                                    )<br>COUNTY OF VAN BUREN &  )<br>KAREN MAKAY,           )<br>       Defendants.         )<br>_____ ) | No. 1:14-cv-1274<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' Motion to Dismiss, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**
**IT IS SO ORDERED.**

Date:   November 9, 2015                    /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge