# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 23, 2017

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

      Re: Case No. 15-2463/15-2525, *Wayside Church, et al v. Van Buren County, et al*
           Originating Case No. : 1:14-cv-01274

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Renee M. Jefferies
                                        Case Manager
                                        Direct Dial No. 513-564-7021

cc: Mr. J. David Breemer
     Mr. William H. Horton
     Mr. Thomas G. King
     Mr. Daniel Benjamin Kohrman
     Mr. Steven Charles Liedel
     Ms. Christina M. Martin
     Mr. Owen Dennis Ramey
     Mr. Ronald William Ryan
     Mr. James Shek

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 15-2463/15-2525

_____

Filed: March 23, 2017

HENDERSON HODGENS, individually and on behalf of a class of all others similarly situated; MYRON W. STAHL; WAYSIDE CHURCH, an Illinois Not-For-Profit (Ecclesiastical) Corporation, individually and on behalf of a class of all others similarly situated

  Plaintiffs - Appellants Cross-Appellees

v.

KAREN MAKAY, in her individual official capacity as Treasurer of Van Buren County and on behalf of a class of all other Treasurers of Michigan Counties similarly situated; VAN BUREN COUNTY, in its individual Michigan municipal capacity and on behalf of a class of all other Michigan counties similarly situated

  Defendants - Appellees Cross-Appellants

MANDATE

 Pursuant to the court's disposition that was filed 02/10/2017 the mandate for this case hereby issues today.

COSTS:  None