UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAYSIDE CHURCH, ET AL.,   )<br>　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>-v-　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>COUNTY OF VAN BUREN &　　)<br>KAREN MAKAY,　　　　　　　)<br>　　　Defendants.　　　　　　　)<br>_____) | No. 1:14-cv-1274<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Consistent with the opinion and judgment entered by the Sixth Circuit Court of Appeals on February 10, 2017 (ECF No. 43 at PageID.514, 519), and as required by Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 28, 2017　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge