# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 17, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

```
┌─────────────────────────────┐
│           FILED             │
│        Jul 19, 2017         │
│   DEBORAH S. HUNT, Clerk    │
└─────────────────────────────┘
```

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Wayside Church, et al.
     v. Van Buren County, Michigan, et al.
     No. 17-88
     (Your No. 15-2463/2525)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 13, 2017 and placed on the docket July 17, 2017 as No. 17-88.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst