UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WAYSIDE CHURCH, et al.,

        Plaintiffs,

v.

COUNTY OF VAN BUREN, et al.,

        Defendants.
_____/

No. 1:14-CV-1274

Hon. Paul L. Maloney

# PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Plaintiffs move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for preliminary approval of the proposed class action settlement with Defendants. In support of this motion, Plaintiffs rely upon the accompanying Brief, which is incorporated by reference herein.

The parties do not request a hearing for this motion. Defendants consent to this motion and to the entry of the proposed order preliminarily approving the settlement, conditionally certifying the class and sub-classes for settlement purposes, approving the form and manner of class notice, and setting a date for the final approval hearing.

Dated: March 14, 2023

Respectfully submitted,

/s/ Owen D. Ramey
LEWIS REED & ALLEN, P.C.
Owen D. Ramey (P25715)

/s/ James Shek
James Shek (P37444)
*Counsel for Plaintiffs and the*

1

Ronald W. Ryan (P46590)
*Counsel for Plaintiffs and the*
*Proposed Class and Sub-Classes*
136 East Michigan Ave., Suite 800
Kalamazoo, Michigan 49007
Tel: (269) 388-7600
oramey@lewisreedallen.com
rryan@lewisreedallen.com

*Proposed Class and Sub-Classes*
P.O. Box A
Allegan, MI 49010
Tel: (269) 673-6125
jsekesq@btc-bci.com

*/s/ David H. Fink*
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
Philip D.W. Miller (P85277)
*Counsel for Plaintiffs and the*
*Proposed Class and Sub-Classes*
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
pmiller@finkbressack.com