# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

WAYSIDE CHURCH, *et al.*,

    Plaintiffs,

v.

VAN BUREN COUNTY, *et al.*,

    Defendants.

Case No. 1:14-cv-01274-PLM

Hon. Paul L. Maloney

---

### FREDERICK GRAINGER'S MOTION TO INTERVENE FOR A LIMITED PURPOSE OR, IN THE ALTERNATIVE, TO OPPOSE WAYSIDE'S MOTION FOR PRELIMINARY APPROVAL AS A NON-INTERVENOR

Frederick Grainger respectfully requests that the Court allow him to intervene for the limited purpose of filing his proposed opposition to Wayside's Motion for Preliminary Approval or, in the alternative, grant him leave to file the Response as a non-intervenor.

Date: March 23, 2023

RESPECTFULLY SUBMITTED:

/s/ E. Powell Miller
E. Powell Miller (P39487)
Christopher D. Kaye (P61918)
Gregory A. Mitchell (P68723)
THE MILLER LAW FIRM PC
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
cdk@millerlawpc.com

gam@millerlawpc.com
**Counsel for Proposed Intervenors**

OUTSIDE LEGAL COUNSEL PLC
Philip L. Ellison (P74117)
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com
**Counsel for Proposed Intervenors**

Matthew E. Gronda (P73693)
PO Box 70
St. Charles, MI 48655
(989) 249-0350
matthewgronda@gmail.com
**Counsel for Proposed Intervenors**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
THE MILLER LAW FIRM PC
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
**Counsel for proposed intervenors**
