UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAYSIDE CHURCH, et al., )<br>            Plaintiffs, )<br> )<br>-v- )<br> )<br>VAN BUREN COUNTY, et al., )<br>            Defendants. )<br> ) | No. 1:14-cv-1274<br><br>Honorable Paul L. Maloney |

## ORDER DISMISSING MOTION FOR LEAVE TO RESPOND

Frederick Grainger, a non-party in this matter but a plaintiff in *Grainger, Jr. v. Ottawa County*, No. 1:19-cv-501 (W.D. Mich.), has moved for leave to file a response to the unopposed motion for preliminary approval of a settlement agreement (ECF No. 227). The Court has now granted the motion for preliminary approval, and it did not require commentary from Mr. Grainger to resolve the motion. His motion for leave to respond (ECF No. 227) is therefore **DISMISSED** as moot. If Mr. Grainger is a member of the putative class in *Wayside* and he chooses to opt into the class, he may raise his concerns regarding the settlement agreement at the fairness hearing, scheduled for November 8, 2023, before the undersigned.

IT IS SO ORDERED.

Date: March 27, 2023                         /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge