UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WAYSIDE CHURCH, et al.,                    No. 1:14-CV-1274

                Plaintiffs,                    Hon. Paul L. Maloney

v.

COUNTY OF VAN BUREN, et al.,

                Defendants.

_____/

**CLASS REPRESENTATIVES' EMERGENCY MOTION FOR PROTECTIVE ORDER
GOVERNING NON-PARTY SOLICITATIONS OF NAMED PLAINTIFFS AND CLASS
MEMBERS**

       Plaintiffs move the Court, pursuant to Federal Rule of Civil Procedure 23 and the Court's

inherent authority to regulate attorney misconduct, for an order:

       (a)     Enjoining Visser and Associates, PLLC ("Visser") from soliciting or otherwise

communicating with Class Members, including through both written and oral communications;

       (b)     Requiring Visser to produce an accounting within ten days of all individuals

Visser has solicited and the form of such solicitations;

       (c)     Authorizing Class Counsel to conduct discovery with responses due in 14 days

related to the accounting and Visser's solicitation of Class Members;

       (d)     Permitting Class Counsel to send a corrective notice to all Class Members

solicited by Visser, in a form approved by the Court, which discloses this Court's finding that

Visser has been improperly soliciting Class Members;

       (e)     Allowing Class Members to rescind retainer agreements between them and Visser

if they were solicited by Visser;

(f)     Scheduling a show-cause hearing within 56 days to determine whether Visser

should be disqualified from representing Class Members; and

(g)     Any other relief this Court deems just and proper.

In support of this motion, Plaintiffs rely upon the accompanying Brief, which is

incorporated by reference herein.

Dated: March 29, 2023                          Respectfully submitted,

*/s/ David H. Fink*                               */s/ James Shek*
FINK BRESSACK                                  James Shek (P37444)
David H. Fink (P28235)                         *Co-Lead Class Counsel*
Nathan J. Fink (P75185)                        P.O. Box A
Philip D.W. Miller (P85277)                    Allegan, MI 49010
*Co-Lead Class Counsel*                        Tel: (269) 673-6125
38500 Woodward Ave., Suite 350                 jshekesq@btc-bci.com
Bloomfield Hills, Michigan 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
pmiller@finkbressack.com

*/s/ Owen D. Ramey*
LEWIS REED & ALLEN, P.C.
Owen D. Ramey (P25715)
Ronald W. Ryan (P46590)
*Co-Lead Class Counsel*
136 East Michigan Ave., Suite 800
Kalamazoo, Michigan 49007
Tel: (269) 388-7600
oramey@lewisreedallen.com
rryan@lewisreedallen.com