# EXHIBIT 1

# VISSER AND ASSOCIATES, PLLC

LEGAL AND MEDIATION SERVICES
2480 - 44TH STREET, S.E. — SUITE 150
KENTWOOD, MICHIGAN 49512
Telephone: (616) 531-9860
Facsimile: (616) 531-9870

January 23, 2023

Danielle Ahmadieh & Lorna Carey,
C/O Lorna Carey
W8660 Turner Rd.
Channing, MI 49815

      **RE:**   **R/W (PPN: 002-132-009-10)**
           ~~Dickinson County 2018 Foreclosure~~

Dear Lorna Carey:

Our research identified you as a taxpayer or direct relative who may have been victimized in 2018 by a foreclosure for unpaid property taxes under Michigan's General Property Tax Act. If so, you have a potential real claim to recover funds the county wrongfully withheld. Our records indicate that the above referenced property was sold by the Dickinson County Treasurer and produced **$1,900.00** in surplus proceeds.

Our office is engaging in litigation and collection efforts to secure turnover of those funds for those individuals and heirs who have lost their equity in property to the county treasurer due to tax foreclosure. In most instances, we are undertaking those efforts on a contingency fee basis – that is, no fee is charged unless our office recovers funds for you. Our office has a documented history of successfully advocating for tax foreclosure victims, both in trial and appellate courts.

Over the years, many taxpayers have been extremely frustrated by the provisions of the General Property Tax Act and the powers of local government to take property away from owners, even very valuable property, for any amount of unpaid taxes. Oftentimes, the taxes are minimal in comparison to the value of the property, yet the taxing authorities keep all the money. Now, we believe there is relief available to those victims and their estates or heirs.

If you are interested in knowing more about our claims process or are interested in pursuing a claim, please contact our office either by phone at **(616) 531-9860** or by email to **info@visserlegal.com**. This is a free consultation if you think you may be a claimant or heir to claimant. If you have already hired an attorney to address this issue, please disregard this letter. We wish you the best.

                    Very truly yours,

                    Donovan J. Visser

## VISSER AND ASSOCIATES, PLLC

LEGAL AND MEDIATION SERVICES
2480 - 44ᵀᴴ STREET, S.E. — SUITE 150
KENTWOOD, MICHIGAN 49512
Telephone: (616) 531-9860
Facsimile: (616) 531-9870

January 23, 2023

Mary Panis & Lorna Carey
W8660 Turner Rd.
Channing, MI 49815

> **RE:** **802 Mine St (PPN: 053-302-005-00)**
> **Dickinson County 2018 Foreclosure**

Dear Mary Panis & Lorna Carey:

Our research identified you as a taxpayer or direct relative who may have been victimized in 2018 by a foreclosure for unpaid property taxes under Michigan's General Property Tax Act. If so, you have a potential real claim to recover funds the county wrongfully withheld. Our records indicate that the above referenced property was sold by the Dickinson County Treasurer and produced **$11,800.00** in surplus proceeds.

Our office is engaging in litigation and collection efforts to secure turnover of those funds for those individuals and heirs who have lost their equity in property to the county treasurer due to tax foreclosure. In most instances, we are undertaking those efforts on a contingency fee basis – that is, no fee is charged unless our office recovers funds for you. Our office has a documented history of successfully advocating for tax foreclosure victims, both in trial and appellate courts.

Over the years, many taxpayers have been extremely frustrated by the provisions of the General Property Tax Act and the powers of local government to take property away from owners, even very valuable property, for any amount of unpaid taxes. Oftentimes, the taxes are minimal in comparison to the value of the property, yet the taxing authorities keep all the money. Now, we believe there is relief available to those victims and their estates or heirs.

If you are interested in knowing more about our claims process or are interested in pursuing a claim, please contact our office either by phone at **(616) 531-9860** or by email at **info@visserlegal.com**. This is a free consultation if you think you may be a claimant or heir to claimant. If you have already hired an attorney to address this issue, please disregard this letter. We wish you the best.

Very truly yours,

Donovan J. Visser

# VISSER AND ASSOCIATES, PLLC

LEGAL AND MEDIATION SERVICES
2480 - 44TH STREET, S.E. — SUITE 150
KENTWOOD, MICHIGAN 49512
Telephone: (616) 531-9860
Facsimile: (616) 531-9870

January 31, 2023

Dennis W & Brandy L Martin
6113 W Grove Hwy
Sunfield, MI 48890

RE:     **2910 Green Acres Dr - Mull (P PN: 021-047-600-050-00)**
        **Eaton County 2019 Foreclosure**

Dear Dennis W & Brandy L Martin:

Our research identified you as a taxpayer or direct relative who may have been victimized in 2019 by a foreclosure for unpaid property taxes under Michigan's General Property Tax Act. If so, you have a potential real claim to recover funds the county wrongfully withheld. Our records indicate that the above referenced property was sold by the Eaton County Treasurer and produced **$51,992.00** in surplus proceeds.

Our office is engaging in litigation and collection efforts to secure turnover of those funds for those individuals and heirs who have lost their equity in property to the county treasurer due to tax foreclosure. In most instances, we are undertaking those efforts on a contingency fee basis – that is, no fee is charged unless our office recovers funds for you. Our office has a documented history of successfully advocating for tax foreclosure victims, both in trial and appellate courts.

Over the years, many taxpayers have been extremely frustrated by the provisions of the General Property Tax Act and the powers of local government to take property away from owners, even very valuable property, for any amount of unpaid taxes. Oftentimes, the taxes are minimal in comparison to the value of the property, yet the taxing authorities keep all the money. Now, we believe there is relief available to those victims and their estates or heirs.

*If you are interested in knowing more about our claims process or are interested in pursuing a claim, please contact our office either by phone at (616) 531-9860 or by email at info@visserlegal.com. This is a free consultation if you think you may be a claimant or heir to claimant. If you have already hired an attorney to address this issue, please disregard this letter. We wish you the best.*

Very truly yours,

Donovan J. Visser

**VISSER AND ASSOCIATES, PLLC**
LEGAL AND MEDIATION SERVICES
2480 - 44TH STREET, S.E. — SUITE 150
KENTWOOD, MICHIGAN 49512
Telephone: (616) 531-9860
Facsimile: (616) 531-9870

February 17, 2023

Estate of Charles R. Waite,
c/o Carl Waite
W10394 County Road MM
Thorp, WI 54771

RE:    2300 S Carpenter Ave (PPN: 002-745-010-00 & 002-745-012-00)
       Dickinson County 2020 Foreclosure

Dear Estate of Charles R. Waite, c/o Carl Waite:

Our research identified you as a taxpayer or direct relative who may have been victimized in 2020 by a foreclosure for unpaid property taxes under Michigan's General Property Tax Act. If so, you have a potential real claim to recover funds the county wrongfully withheld. Our records indicate that the above referenced property was sold by the Dickinson County Treasurer and produced **$32,950.00** in surplus proceeds.

Our office is engaging in litigation and collection efforts to secure turnover of those funds for those individuals and heirs who have lost their equity in property to the county treasurer due to tax foreclosure. In most instances, we are undertaking those efforts on a contingency fee basis – that is, no fee is charged unless our office recovers funds for you. Our office has a documented history of successfully advocating for tax foreclosure victims, both in trial and appellate courts.

Over the years, many taxpayers have been extremely frustrated by the provisions of the General Property Tax Act and the powers of local government to take property away from owners, even very valuable property, for any amount of unpaid taxes. Oftentimes, the taxes are minimal in comparison to the value of the property, yet the taxing authorities keep all the money. Now, we believe there is relief available to those victims and their estates or heirs.

If you are interested in knowing more about our claims process or are interested in pursuing a claim, please contact our office either by phone at **(616) 531-9860** or by email to **info@visserlegal.com**. This is a free consultation if you think you may be a claimant or heir to claimant. If you have already hired an attorney to address this issue, please disregard this letter. We wish you the best.

Very truly yours,

Donovan J. Visser

**VISSER AND ASSOCIATES, PLLC**
LEGAL AND MEDIATION SERVICES

March 1, 2021

Estate of Frances Cavell,
c/o Renee D Cavell
517 Schultz St
Sparta, MI 49345

RE:     7854 E 56th St, White Cloud (PPN: 62-16-15-100-052),
        Newaygo County 2020 Foreclosure

Dear Estate of Frances Cavell, c/o Renee D Cavell:

Our research identified you as a taxpayer or direct relative who may have been victimized in 2020 in a foreclosure for unpaid property taxes under Michigan's General Property Tax Act. If so, you have a potential real claim to recover funds the county wrongfully withheld. Our records indicate that the above referenced property was sold by the Newaygo County Treasurer and produced **$39,598.90** in surplus proceeds.

Our office is engaging in litigation and collection efforts to secure turnover of these funds for those individuals and heirs who have lost their equity in property in the county treasurer due to tax foreclosure. In most instances, we are undertaking these efforts on a contingency fee basis – that is, no fee is charged unless our office recovers funds for you. Our office has a documented history of successfully advocating for tax foreclosure victims, both in trial and appellate courts.

Over the years, many taxpayers have been extremely frustrated by the provisions of the General Property Tax Act and the powers of local government to take property away from owners, even very valuable property, for any amount of unpaid taxes. Oftentimes, the taxes are minimal in comparison to the value of the property, yet the taxing authorities keep all the money. Now, we believe there is relief available to these victims and their estates or heirs.

If you are interested in learning more about our claims process or are interested in pursuing a claim, please contact our office either by phone at (616) 531-9860 or by email to info@visserlegal.com. This is a free consultation if you think you may be a claimant or heir to claimant. If you have already hired an attorney to address this issue, please disregard this letter. We wish you the best.

Very truly yours,

Donovan J. Visser

## VISSER AND ASSOCIATES, PLLC

LEGAL AND MEDIATION SERVICES
2480 - 44™ STREET, S.E. — SUITE 150
KENTWOOD, MICHIGAN 49512
Telephone: (616) 531-9860
Facsimile: (616) 531-9870

March 3, 2023

resa Kay Miller
7 E Lincoln Ave
ed City, MI 49677

**RE:**     (PPN: 62-23-04-300-010)
        **Newaygo County 2020 Foreclosure**

*Teresa Kay Miller:*

*Our research identified you as a taxpayer or direct relative who may have been victimized in 2020* oreclosure for unpaid property taxes under Michigan's General Property Tax Act. If so, you have a ial real claim to recover funds the county wrongfully withheld. Our records indicate that the above ced property was sold by the Newaygo County Treasurer and produced **$12,100.00** in surplus ds.

Our office is engaging in litigation and collection efforts to secure turnover of those funds for those als and heirs who have lost their equity in property to the county treasurer due to tax foreclosure. nstances, we are undertaking those efforts on a contingency fee basis — that is, no fee is charged office recovers funds for you. Our office has a documented history of successfully advocating eclosure victims, both in trial and appellate courts.

er the years, many taxpayers have been extremely frustrated by the provisions of the General ax Act and the powers of local government to take property away from owners, even very pperty, for any amount of unpaid taxes. Oftentimes, the taxes are minimal in comparison to the property, yet the taxing authorities keep all the money. Now, we believe there is relief hose victims and their estates or heirs.

*are interested in knowing* more about our claims process or are interested in pursuing a ontact our office either by phone at **(616) 531-9860** or by email to **info@visserlegal.com**. nsultation if you think you may be a claimant or heir to claimant. If you have already hired ddress this issue, please disregard this letter. We wish you the best.

Very truly yours,

Donovan J. Visser