# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

WAYSIDE CHURCH, *et al.*,

    Plaintiffs,

v.

VAN BUREN COUNTY, *et al.*,

    Defendants.

Case No. 1:14-cv-01274-PLM

Hon. Paul L. Maloney

## NOTICE OF APPEAL

Notice is hereby given that TAYLOR BEIGHTOL, Proposed Intervenor in the above captioned matter, hereby appeals to the United States Court of Appeals for the Sixth Circuit this Court's March 8, 2023 Opinion and Order Denying Motion to Intervene (ECF No. 216).

Date:  April 7, 2023

Respectfully Submitted:

*/s/ David J. Shea*_____
David Shea (P41399)
Shea Law, PLLC
26100 American Dr., 2nd Floor
Southfield, MI. 48034
(248) 354-0224
david.shea@shealawpllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ David J. Shea*_____
David Shea (P41399)
Shea Law, PLLC
26100 American Dr., 2nd Floor
Southfield, MI. 48034
(248) 354-0224
david.shea@shealawpllc.com
