# EXHIBIT 1

## VISSER AND ASSOCIATES, PLLC

LEGAL AND MEDIATION SERVICES
2480 - 44TH STREET, S.E. - SUITE 150
KENTWOOD, MICHIGAN 49512
Telephone: (616) 531-9860
donv@visserlegal.com

July 21, 2023

Wayside Church v. Van Buren County
c/o Kroll Settlement Administration – Objections
P.O. Box 225391
New York, NY 10150-5391

      Re:    *Objection to Class Settlement in Wayside Church, et al v Van Buren Co., et al*
             *Case No. 1:14-cv-01274*
             *Our File No. 20-647*

Dear Kroll Settlement Administration:

      Please accept this letter as the Objection to the proposed Settlement Plan by the following Claimants:

| Claimant/Objector Name | Address | Telephone Number |
|---|---|---|
| Lavera C. Briggs | | |
| Linda A. Grimwood | | |
| Dorrie Lou Knoll Revocable Trust by the Successor Trustee, Evan Knoll | | |
| Marcia O'Brien | | |
| Estate of Emily S. Poore by heir and representative Ronald Z. Poore | | |
| Jason F. Warren | | |
| Michael L. Bomani, Individually and as heir and representative of the Estate of Maria A. Augustine | | |
| Estate of Nancy J. Cook by Assignee, Allen Highline | | |

**Visser and Associates, PLLC**

July 21, 2023
Page 2

| | |
|---|---|
| Arnold Dodde | |
| Mark and Barbara Augenblick | |
| Amanda Bullard f/k/a Amanda Caudill | |
| Glory L. Johnson f/k/a Glory L. Woodson | |
| Estate of Andy Johnston, by representative Paula Johnston | |
| Estate of Gregory L. Boyer by Personal Representative, Brian Boyer | |
| Jon Bunce | |
| Angela Pease | |
| Estate of Mabel Talbert By heir and representative, Shawn Talbert-Brown | |
| Estate of Wallace John Roberts by Assignee, Jennifer Roberts | |
| Estate of Joseph Ziolkowski by Assignee, Jeffery Ziolkowski | |
| Wayne Brennan | |
| Mark S. Kelly | |
| Joy L. Harger and Dennis Harger | |
| Spikes Lane, LLC by Member, Linda Marklund | |

**Visser and Associates, PLLC**

July 21, 2023
Page 3

| | |
|---|---|
| Ann Medema f/k/a Ann Glencoe | ██████ |
| Morris G. Cole | ██████ |
| Jennifer Brown | ██████ |
| James M. Berry | ██████ |
| David Kalish | ██████ |
| Sylvia Maayteh | ██████ |
| Norman Kruger | ██████ |
| Fred Rogers | ██████ |
| Estate of Donnie Wayne Eddington by the Personal Representative, Donna J. Kirkey | ██████ |
| Priscilla Gonzalez | ██████ |
| Logan Judd | ██████ |
| James Whalen | ██████ |

Objectors are represented by the law firms of Visser and Associates, PLLC, The Miller Law Firm, PC, Outside Legal Counsel, PLC, and Gronda, PLC.

**Visser and Associates, PLLC**

July 21, 2023
Page 4

---

      Attached as Exhibit A is a list of all objectors together with documents sufficient to establish each objector's standing as a Class Member, as well as identification of any case (if any) in which that objector or their attorney objected to a proposed class action settlement.

      Attached as Exhibit B is a document setting forth the legal and factual basis for the Objection which is also being filed with the Court.

      In the event you have any questions regarding any of the information contained in the Objection, please address those questions to the undersigned.

      Thank you for your attention to this matter.

                                              Very truly yours,

                                              Donald R. Visser

DRV/kae
Enclosures