# EXHIBIT 24

## CONTINGENT FEE AGREEMENT

I, Ann Williams, of 65133 M40, Lawton, MI 49065, Client, regarding the possible property tax surplus for a tax foreclosed property located at 65133 M40, Lawton, Michigan, hereby retain and agree with the law firms of Lewis, Reed & Allen, P.C., by Owen D. Ramey, 136 E. Michigan Ave., Ste. 800, Kalamazoo, MI 49007 and James Shek, Law Offices of P.O. Box A., Allegan, MI 49010 to represent me, which may benefit other family interested parties, in retrieving the tax foreclosure surplus proceeds, if any, from the post tax foreclosure auction sale that will occur in 2022 in the County of Van Buren, retained by it pursuant to MCL 211.78t.

By signing this Agreement, I agree to the following in regard to payment of attorney fees, costs and expenses regardless of whether the case goes to court or is settled:

1. If there is a recovery and that recovery is payable, I understand that all of the costs and expenses shall first be deducted from the total amount recovered in arriving at a net amount figure. From that figure, attorney fees shall be 30% of all sums recovered (including interest, court costs, case evaluation sanctions, and other recovery).

2. In the event that there is no recovery, there will be no attorney fees.

3. Any costs and necessary expenses incurred during the processing of this case shall the gross amount recovered. **No cost shall be incurred without the client's permission or paid by the client in the absence of a recovery**.

I understand that the above listed fees are in accordance with Michigan General Court Rule 8.121 as ordered by the Michigan Supreme Court and acknowledge that no attorney has or will guarantee the results of the case and all expressions relative thereto are matters of their opinion only.

I agree that this Agreement does not cover an appeal procedure to the Michigan Court of Appeals and that at the time of closing of our file, I will obtain all documents or other file materials from Lewis, Reed & Allen, P.C. and James Shek, Law Offices that I wish to retain. I further agree that after having a reasonable period of time to accomplish the above, Lewis, Reed & Allen, P.C. and James Shek, Law Offices in their absolute discretion, may destroy the file at any time thereafter by any method sanctioned by the Michigan Bar Association.

By this Agreement, I bind my heirs, executors and legal representatives and acknowledge receiving a written copy of it that have read and fully understand.

Client:
Dated: May 17, 2022

_Ann M Williams_
Ann Williams
65133 M 40
Lawton, MI 49065
(269) 666-4652
lilithlacroix4@gmail.com

_LilithLaCroix9_

Attorney:
Dated: May 17, 2022

_James Shek_
James Shek

Michigan Department of Treasury
5743 (02-21)

# Notice of Intention to Claim Interest in Foreclosure Sales Proceeds

Issued under authority of Public Act 206 of 1893; Section 211.78t.

Beginning with 2021 foreclosure sales and transfers, a person that intends to make a claim for excess sales proceeds must complete and return this notarized notice to the Foreclosing Governmental Unit by July 1 in the year of foreclosure. This notice must be delivered via certified mail, return receipt requested, or by personal service. Completing and returning this form evidences an intent to make a future claim but is not itself a claim for sales proceeds.

## PART 1: APPLICANT INFORMATION

Claimant Last Name or Business Name: **Williams**
Claimant First Name: **Ann**
Middle Initial: **M**

Claimant's Address to be used for Service (Street Number, City, State, ZIP Code): **c/o Shek Law Offices, PO Box A, Allegan, MI 49010**

Claimant's Telephone Number: **(269) 673-6125**
Claimant's E-mail Address: **jshekesq@btc-bci.com**

## PART 2: PROPERTY IDENTIFICATION

County: **Van Buren**
Local Taxing Municipality: **Antwerp Township**
Foreclosure Year: **2022**
Local Parcel Number: **80-020-290-17-00**

Parcel Address (Street Number, City, State, ZIP Code): **65133 M-40, Lawton, MI 49065**

## PART 3: EXPLANATION OF INTEREST

I hereby claim an interest in the above parcel, as of the foreclosure date, due to the reason(s) selected below:

[X] Warranty Deed Dated: **10/7/1977**   Recorded in Liber/Page: **676/280**

[ ] Quit Claim Deed Dated: _____   Recorded in Liber/Page: _____

[ ] Mortgage Dated: _____ Amount: _____   Recorded in Liber/Page: _____

[ ] Other Lien Dated: _____ Amount: _____ Nature of Lien: _____ Recored in Liber/Page: _____

I know of the following other interests in this property, which were in effect immediately prior to foreclosure:

**The to be commenced Probate Estate of my Father Floyd Alan Peck, Deceased**

## PART 4: CERTIFICATION AND NOTARY

I hereby swear that the above information is true and correct in relation to the subject property

Claimant's Signature: *Ann M Williams*
Date: **05/17/2022**

Subscribed and sworn to before me by Applicant on the following date:

Notary's Signature: *[signed]*
Notary County of Authorization: **James Shek** / **Allegan**
Commission Expiration: **July 26, 2028**
Notary Acting in County: **Allegan**
Notary State of Authorization: **MI**

### FORECLOSING GOVERNMENTAL UNIT RECEIPT ACKNOWLEDGMENT

FGU Staff Signature of Receipt: *Kimberly Babcock*
FGU Staff Printed Name: **Kimberly Babcock**
Date of Receipt: **5/19/2022**

Van Buren
9218

Michigan Department of Treasury
5743 (02-21)

# Notice of Intention to Claim Interest in Foreclosure Sales Proceeds

Issued under authority of Public Act 206 of 1893; Section 211.78t.

Beginning with 2021 foreclosure sales and transfers, a person that intends to make a claim for excess sales proceeds must complete and return this notarized notice to the Foreclosing Governmental Unit by July 1 in the year of foreclosure. This notice must be delivered via certified mail, return receipt requested, or by personal service. Completing and returning this form evidences an intent to make a future claim but is not itself a claim for sales proceeds.

## PART 1: APPLICANT INFORMATION

**Claimant Last Name or Business Name:** Williams
**Claimant First Name:** Ann
**Middle Initial:**

**Claimant's Address to be used for Service (Street Number, City, State, ZIP Code):** c/o Shek Law Offices, PO Box A, Allegan, MI 49010

**Claimant's Telephone Number:** (269) 673-6125
**Claimant's E-mail Address:** jshekesq@btc-bci.com

## PART 2: PROPERTY IDENTIFICATION

**County:** Van Buren
**Local Taxing Municipality:** Antwerp Township
**Foreclosure Year:** 2022

**Parcel Address (Street Number, City, State, ZIP Code):** 65133 M-40, Lawton, MI 49065
**Local Parcel Number:** 80-020-290-20-00

## PART 3: EXPLANATION OF INTEREST

I hereby claim an interest in the above parcel, as of the foreclosure date, due to the reason(s) selected below:

[X] Warranty Deed Dated: 10/07/1977   Recorded in Liber/Page: 676/280

[ ] Quit Claim Deed Dated: _____   Recorded in Liber/Page: _____

[ ] Mortgage Dated: _____  Amount: _____  Recorded in Liber/Page: _____

[ ] Other Lien Dated: _____  Amount: _____  Nature of Lien: _____  Recored in Liber/Page: _____

I know of the following other interests in this property, which were in effect immediately prior to foreclosure:

> The to be commenced Probate Estate of my Father Floyd Alan Peck, Deceased

## PART 4: CERTIFICATION AND NOTARY

I hereby swear that the above information is true and correct in relation to the subject property

**Claimant's Signature:** Ann M Williams
**Date:** 05/17/2022

Subscribed and sworn to before me by Applicant on the following date:

**Notary's Signature:** James Shek
**Commission Expiration:** July 26, 2028

**Notary State of Authorization:** MI
**Notary County of Authorization:** Allegan
**Notary Acting in County:** Allegan

## FORECLOSING GOVERNMENTAL UNIT RECEIPT ACKNOWLEDGMENT

**FGU Staff Signature of Receipt:** Kimberly Babcock
**FGU Staff Printed Name:** Kimberly Babcock
**Date of Receipt:** 5/19/2022

Van Buren
9217

