## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

WAYSIDE CHURCH, et al,
    Plaintiffs,

v.

VAN BUREN, COUNTY OF, et al
    Defendants
                                 /

Case No.: 14-cv-01274-PLM
Honorable Paul Maloney

## NOTICE OF APPEAL

Notice is hereby given that Objectors Barbara Augenblick, Mark Augenblick, James Berry, Michael Bomani, Brian Boyer, Wayne Brennan, Lavera Briggs, Jennifer Brown, Amanda Bullard, Jon Bunce, Morris Cole, Arnold Dodde, Bret DePue, Annie Embry, Priscilla Gonzalez, Linda Grimwood, Dennis Harger, Joy Harger, Allen Highline, Glory Johnson, Paula Johnston, Logan Judd, David Kalish, Mark S. Kelly, Donna Kirkey, Evan Knoll, Norman Kruger, Sylvia Maayteh, Linda Marklund, Ann Medema, Marcia O'Brien, Angela Pease, Ronald Poore, Jennifer Roberts, Fred Rogers, Shawn Talbert-Brown, Jason Warren, James Whalen, Wallace Yannott, and Jeffrey Ziolkowski appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on July 12, 2024.

Date: July 16, 2024

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
PHILIP L. ELLISON (P74117)
OUTSIDE LEGAL COUNSEL PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

*Counsel for Objectors*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on date stated below, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Date: July 16, 2024

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
PHILIP L. ELLISON (P74117)
OUTSIDE LEGAL COUNSEL PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

*Counsel for Objectors*

2