## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 15, 2025

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 23-1339, *Wayside Church, et al v. Van Buren County, MI, et al*
Originating Case No. : 1:14-cv-01274

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Michelle R. Lambert, Case Manager

cc: Mr. Kyle Michael Asher
　　Ms. Ashley Grace Chrysler
　　Mr. Douglas J. Curlew
　　Mr. David H. Fink
　　Mr. Nathan Joshua Fink
　　Mr. Charles Allen Lawler
　　Mr. Matthew T. Nelson
　　Mr. Owen Dennis Ramey
　　Mr. Theodore W. Seitz
　　Mr. David J. Shea
　　Ms. Magy Shenouda

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 23-1339

_____

Filed: May 15, 2025

WAYSIDE CHURCH, an Illinois Not-For-Profit (Ecclesiastical) Corporation, individually and on behalf of a class of all others similarly situated, et al.

      Plaintiffs - Appellees

and

TAYLOR BEIGHTOL

      Proposed Intervenor - Appellant

v.

VAN BUREN COUNTY, MI, in its individual Michigan municipal capacity and on behalf of a class of all other Michigan counties similarly situated, et al.

      Defendants - Appellees

### MANDATE

   Pursuant to the court's disposition that was filed 04/23/2025 the mandate for this case hereby issues today.

COSTS: None